**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| JEREMY ALTERS,<br><br>Plaintiff,<br><br>v.<br><br>BENEDICT MORELLI,<br><br>Defendant. | CASE NO.: |

# NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that Defendant Benedict Morelli, by and through undersigned counsel, hereby removes the above captioned-action, pending in the 11th Judicial Circuit in and for Miami-Dade County, Florida, with Case No. 2019-035134-CA-01, to the United States District Court for the Southern District of Florida, pursuant to Sections 1332(a), 1441(a), 1441(b) and 1446(a) of the Federal Rules of Civil Procedure, based upon the following:

1. Pursuant to 28 U.S.C. §1446(a), a true and correct copy of all process and pleadings purportedly served upon Defendant in the state court civil action, namely, a Petition to Compel Arbitration, are attached as "Exhibit A" hereto.[1]

2. Plaintiff Alters filed the Petition to Compel Arbitration on December 3, 2019 in the Circuit Civil Division of the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida. On December 31, 2019, Defendant's counsel received an affidavit of service stating that a process server retained by Plaintiff purportedly served Defendant with the Petition

---

[1] The Petition cites a purported 2014 partnership agreement between the parties that provides, "any suit, action or proceeding arising out of or relating to this Partnership Agreement . . . shall be brought in the state courts of Miami-Dade County, Florida." Ex. A ¶ 8. However, the partnership agreement, which Morelli did not sign, is not at issue in this dispute concerning an alleged arbitration provision in the 2015 "buyout agreement." The "buyout agreement" does not reference the purported 2014 partnership agreement.

to Compel Arbitration on December 24, 2019. Though Defendant was not served with such Petition on or before December 24, 2019, nor since that date, in accordance with 28 U.S.C. §1446(b), this Notice of Removal is filed within thirty (30) days after receipt by Defendant's counsel of an affidavit of service purporting to serve the Petition on Defendant.

3. This Notice of Removal is being filed in the United States District Court for the Southern District of Florida, the district in which the case is pending.

4. This Court has original jurisdiction over this action under 28 U.S.C. § 1332(a)(1), because this is an action between citizens of different States, and the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

5. At all relevant times, Plaintiff Alters is and was an individual residing in Florida, (Ex. A ¶ 3) and Defendant Benedict Morelli is and was an individual residing in New York. *Id.* ¶ 4. Thus, there is complete diversity between the parties pursuant to 28 U.S.C. § 1332(a).

6. The Petition to Compel Arbitration references a demand for arbitration (Ex. A ¶ 14), which seeks the award of millions of dollars in money damages. Thus, the amount in controversy in this action exceeds the sum or value of $75,000, exclusive of interest, fees, and costs.

7. Defendant reserves all rights and defenses, including but not limited to, lack of personal jurisdiction and deficient service of process.

WHEREFORE, Defendant Benedict Morelli gives notice that the above-captioned case now pending in the 11th Judicial Circuit in and for Miami-Dade County, Florida, is hereby removed from that court to this Court.

Dated: January 14, 2019

KASOWITZ BENSON TORRES LLP

By: /s/ Maria Ruiz

Maria H. Ruiz
Florida Bar No. 182923
MRuiz@kasowitz.com
The Four Seasons Tower
1441 Brickell Avenue, Suite 1420
Miami, Florida 33131
Telephone: (786) 587-1044
Facsimile: (305) 675-2601

*Attorneys for Defendant Benedict Morelli*

Of Counsel:

Marc E. Kasowitz, Esq.
David E. Ross, Esq.
Sondra D. Grigsby, Esq.