**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 20-20164-Civ-COOKE/GOODMAN**

JEREMY ALTERS,

Plaintiff,

vs.

BENEDICT MORELLI,

Defendant.
_______________________________________/

**ORDER OF DISMISSAL**

THIS CASE has been **DISMISSED *with prejudice*** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). *See* Notice of Dismissal (ECF No. 17). The Clerk shall **CLOSE** this case. All pending motions are **DENIED *as moot***.

**DONE and ORDERED** in Chambers, in Miami, Florida, this 21st day of April 2020.

Marcia G. Cooke
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of Record*